IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| PATRICK MCCRYSTAL | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 6:14cv0050 |
| | ) | |
| v. | ) | |
| | ) | |
| L.J. AYERS, III and PHILLIP HARMSEN | ) | By: Hon. Robert S. Ballou |
| | ) | United States Magistrate Judge |
| Defendants. | ) | |

## REPORT

As a result of the mediation proceedings held on December 11, 2015 the undersigned hereby **REPORTS** that the parties have settled this matter upon mutually agreeable terms. The parties are to execute any necessary settlement documents, and, within 30 days thereof, submit an agreed order of dismissal to the United States District Court for the Western District of Virginia.

The Clerk of Court is hereby directed to send a certified copy of this Report to all counsel of record.

Entered: December 23, 2015

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge