# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

PATRICK MCCRYSTAL,          )
                                 )
         Plaintiff,            )
                                 )
v.                                 )      Case No. 6:14cv50
                                 )
L. J. AYERS, III, et al.,        )
                                 )
         Defendants.        )

## DISMISSAL ORDER

This day came the plaintiff, by counsel, and moved pursuant to Rule 41(a)(2) for dismissal of this action with prejudice with the parties to bear their respective costs.

It appearing that the Defendants agree with the motion;

It is therefore ORDERED that this case be dismissed with prejudice and stricken from the docket of active cases of this Court.

ENTER this _____ day of _____, 2016.

_____
U. S. District Judge

We ask for this:

_____
Steven D. Rosenfeld, Esq.
*Counsel for Plaintiff*

Seen and agreed:

_____
Jim H. Guynn, Jr., Esq.
*Counsel for Defendants*