IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **Patrick McCrystal,** | ) |
| | ) Case No. 6:14-cv-00050 |
| Plaintiff, | ) |
| **v.** | ) **ORDER** |
| | ) |
| **L.J. Ayers, III, et al.,** | ) By: Norman K. Moon |
| | ) United States District Judge |
| Defendants, | ) |

This matter is before the Court upon Plaintiff's Stipulation of Dismissal (docket no. 21). In this request, the Plaintiff "moved pursuant to Rule 41(a)(2) for dismissal of this action with prejudice with the parties to bear their respective costs."[1] *Id.*

Accordingly, Plaintiff's request is **GRANTED** and it is therefore **ORDERED** that this matter be **dismissed with prejudice** pursuant to Rule 41(a)(2).

The Clerk of the Court is directed to send a certified copy of this Order to all parties, and to strike this matter from the active docket of the Court.

ENTERED this  19th  day of January, 2016.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] Defendants' counsel, Jim H. Guynn Jr., also signed the stipulation in agreement.